NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER P. MANNING,               )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D17-4565
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed August 10, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Ronald N.
Ficarrotta Judge.

Christopher P. Manning, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, BLACK, and ATKINSON, JJ., Concur.